

**FILED**
3/7/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **1:22-cr-00125** |
| ) | **Judge Steven C. Seeger** |
| v. ) | **Magistrate Judge Sunil R. Harjani** |
| ) | Violation: Title 18, United States |
| JOSHUA JONES ) | Code, Section 2113(a) |

### COUNT ONE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about October 23, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSHUA JONES,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $900 in United States currency belonging to, and in the care, custody, control, management, and possession of the Hyde Park Bank, 1525 East 53rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about October 26, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSHUA JONES,

defendant herein, by intimidation, did attempt to take from the person and presence of a bank employee United States currency belonging to, and in the care, custody, control, management, and possession of the Citi Bank, 4010 West 26th Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about November 3, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSHUA JONES,

defendant herein, by intimidation, did attempt to take from the person and presence of a bank employee United States currency belonging to, and in the care, custody, control, management, and possession of the Hyde Park Bank, 1525 East 53rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2113(a), as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a personal money judgment in the amount of approximately $900.

3. If any of the property described above, as a result of any action or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitution property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY