UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA JONES | Case No. 22CR125<br><br>District Judge Steven C. Seeger |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

    Name:  JOSHUA JONES
    Date of Birth: \*\*/\*\*/1983
    Sex:  Male
    Race:  Black
    Jail/Prisoner #:  K91624

is incarcerated in the following institution:

    Dixon Correctional Center
    2600 N. Brinton Avenue
    Dixon, Illinois

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with three counts of bank robbery, in violation of Title 18, United States Code, Section 2113(a), and is now wanted in such division and district at **8:30 a.m. on February 28, 2025**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S.

Dearborn Street, Illinois, 60604, to appear at 09:00 a.m. for status conference before District Judge Steven C. Seeger, in the courtroom usually occupied by said judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

>ANDREA TACK
>Warden
>Dixon Correctional Center
>2600 N. Brinton Avenue
>Dixon, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that JOSHUA JONES be returned forthwith to said institution from which he was brought.

>Respectfully submitted,
>
>MORRIS PASQUAL
>Acting United States Attorney

By:    /s/ *Elly Moheb*
>ELLY MOHEB
>Assistant United States Attorney
>219 S. Dearborn St., Rm. 500
>Chicago, IL 60604
>(312) 353-1412