UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA JONES | Case No. 22CR125<br><br>District Judge Steven C. Seeger |

**O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

>Name: JOSHUA JONES
>Date of Birth: \*\*/\*\*/1983
>Sex: Male
>Race: Black
>Jail/Prisoner #: K91624

now is incarcerated in the following institution:

>Dixon Correctional Center
>2600 N. Brinton Avenue
>Dixon, Illinois

and that said defendant has been charged in the above-captioned case with three counts of bank robbery, in violation of Title 18, United States Code, Section 2113(a), and that said defendant should be produced at **8:30 a.m. on February 28, 2025**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 09:00 a.m. for status conference before District Judge Steven C. Seeger, in the courtroom usually occupied by said judge.

IT IS THEREFORE ORDERED that the following person:

ANDREA TACK
Warden
Dixon Correctional Center

2600 N. Brinton Avenue
Dixon, Illinois

bring or cause to be brought before this Court, at said time on said date, before District Judge Steven C. Seeger, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

                                            E N T E R:

                                            STEVEN C. SEEGER
                                            District Judge

DATED at Chicago, Illinois
this 28th day of January 2025.