UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JOSHUA JONES | No. 22 CR 125<br><br>Judge Steven C. Seeger |

## STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, the United States Attorney for the Northern District of Illinois, hereby submits this status report, pursuant to the Court's June 27, 2025, order, and states as follows:

1. On March 7, 2022, defendant was charged by indictment with one count of bank robbery and two counts of attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a). Dkt. 1.

2. On February 28, 2025, the Court set a trial date of December 11, 2025.

3. The government has conferred with defense counsel. The parties are engaged in discussions about a resolution of this matter short of trial, but at this time, no agreement has been reached. As such, the parties request that the December 11 trial date stand.

4.      If the parties do reach a resolution, they will contact the Court to request a change of plea hearing.

                Respectfully submitted,

                ANDREW S. BOUTROS
                United States Attorney

By:  /s/ *Elie Zenner*
       ELIE ZENNER
       Assistant United States Attorney
       219 S. Dearborn St., Rm. 500
       Chicago, IL 60604
       (312) 697-4032